UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                  CRIMINAL CASE NO. 3:09-CR-00002-GHD

RICHARD F. "DICKIE" SCRUGGS                  DEFENDANT

ORDER DENYING MOTION FOR JUDGMENT
AS A MATTER OF LAW ON THE PLEADINGS

Pursuant to a memorandum opinion issued this day, it is hereby ORDERED THAT Petitioner's Motion for Judgment as a Matter of Law on the Pleadings [145] is DENIED.

SO ORDERED, this the 27 day of December, 2011.

_____
SENIOR JUDGE