UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 3:09-CR-00002-GHD

RICHARD F. "DICKIE" SCRUGGS  DEFENDANT

ORDER SETTING EVIDENTIARY HEARING

The matter raised by the Petition to Vacate and Set Aside Judgment is hereby set down for an evidentiary hearing on the 26th day of March, 2012, at 10:00 a.m. at the United States District Courthouse in Aberdeen, Mississippi.

SO ORDERED, this the 27 day of December, 2011.

_____
SENIOR JUDGE