Notice (N.D.Miss.1990)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE** |
| VS. | CASE NO. 3:09CR002-GHD-SAA |
| RICHARD F. "DICKIE" SCRUGGS | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| U. S. POST OFFICE & FEDERAL BLDG. | COURTROOM 2 |
| ABERDEEN, MS | **Date and Time** |
| | MONDAY, MARCH 26, 2012, 10:00 A.M. |

Type of Proceeding

**EVIDENTIARY HEARING
BEFORE SENIOR JUDGE GLEN H. DAVIDSON**

*****ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

**DAVID CREWS, Clerk of Court**

/s/ Raye Long
**(By) Raye Long – Courtroom Deputy**

Date: December 27, 2011

| By NEF To: | By E-mail to: |
|---|---|
| Curtis Ivy, Jr., AUSA | U. S. Probation Service |
| Robert H. Norman, AUSA | U. S. Marshal |
| Clayton A. Dabbs, AUSA | Court Reporter |
| William "Chad" Lamar, AUSA | |
| Hon. Jan Kielsen Little | |
| Hon. John W. Keker | |
| Hon. David Lee Martin | |
| Hon. Edward D. Robertson, Jr. | |

CONTACT RAYE LONG AT 662.369.4952 IF YOU HAVE ANY QUESTIONS

Notice (N.D.Miss.1990)

    Hon. Michael C. Moore
    Hon. Michael C. Rader
    Hon. Michael N. Watts

CONTACT RAYE LONG AT 662.369.4952 IF YOU HAVE ANY QUESTIONS