IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 3:09-CR-00002-GHD-SAA

RICHARD F. "DICKIE" SCRUGGS

ORDER GRANTING PETITIONER'S MOTION TO ORDER VOLUNTARY SURRENDER

Presently before the Court is Petitioner's motion to order voluntary surrender [233]. In the Court's memorandum opinion [230] and Order [229] dated November 26, 2012, the Court ordered that Petitioner be released on a $2 million secured bond pending the outcome of his appeal to the United States Court of Appeals for the Fifth Circuit upon certain conditions of release. *See* Order Setting Conditions of Release [231]. On April 21, 2013, a panel of the United States Court of Appeals for the Fifth Circuit affirmed this Court's denial of Petitioner's 28 U.S.C. § 2255 motion and remanded the case to this Court for further proceedings consistent with its opinion. Petitioner has now filed this motion for voluntary surrender, maintaining that Petitioner "desires to resume serving his criminal sentence" while his further appeals are pending. Upon due consideration, the Court finds the motion to be well taken.

ACCORDINGLY, it is HEREBY ORDERED that Petitioner's motion to order voluntary surrender [233] is GRANTED; Petitioner must self-report to the Federal Prison Camp Montgomery by 2:00 p.m. on Monday, April 29, 2013, unless the Bureau of Prisons requests different arrangements.

It is SO ORDERED, this, the *16*ᵗʰ day of April, 2013.

_____
SENIOR JUDGE