IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:09-CR-00002-GHD-SAA

RICHARD F. "DICKIE" SCRUGGS

### ORDER RELEASING BOND

Presently before the Court is Petitioner Richard F. "Dickie" Scruggs' motion to dissolve bond and return full bond amount upon Petitioner's return to custody (Receipt No. MSN300003464) [235]. The Government has informed the Court it has no objection to the motion. Upon due consideration, the Court finds the motion is well taken and orders that the cash bond posted in this matter of Two Million Dollars ($2,000,000.00) be released to Petitioner Richard F. "Dickie" Scruggs, with all accrued interest, if any, to the address provided.

It is SO ORDERED, this, the 30 day of April, 2013.

_____
SENIOR JUDGE